## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MABLE S. JONES, MD, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO.   12-5349 |
| TEMPLE UNIVERSITY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 10th day of *July*, 2014, upon consideration of Defendant Temple University's Motion for Summary Judgment (Docket No. 26) and Plaintiff Mable S. Jones, M.D.'s Response in Opposition thereto (Docket No. 37), it is hereby **ORDERED** that the Motion is **GRANTED**.  **JUDGMENT IS ENTERED** for Temple University against Mable S. Jones, MD, on the entirety of the Complaint.  **THIS CASE IS CLOSED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.